**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JORGE ANIBAL TORRES PUELLO,

      Plaintiff,

vs.

                              Case No. 5:20-cv-198-Oc-34PRL

RAFAEL ANTONIO GUERRERO
MENDEZ, et al.,

      Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 15; First Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on June 15, 2020, and the Report and Recommendation (Doc. 19; Second Report) entered by Judge Lammens on June 23, 2020.  In the First Report, Judge Lammens recommends that Plaintiff's Emergency Ex Parte Motion for Protection of Life and Property (Doc. 14) be denied.  See First Report at 5.  In the Second Report, Judge Lammens recommends that Plaintiff's Motion for Protection of Life and Property and Proof of Service (Doc. 17) also be denied.  See Second Report at 5.  No objections to the Reports have been filed, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Reports, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Emergency Ex Parte Motion for Protection of Life and Property (Doc. 14) is **DENIED**.

3. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED** as the opinion of the Court.

4. Plaintiff's Motion for Protection of Life and Property and Proof of Service (Doc. 17) is **DENIED**.

**DONE AND ORDERED** in Chambers this 15th day of July, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Parties